AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Robert L. | Bankruptcy Court - N.D. Texas | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
1205 Texas Avenue, Room 312
Lubbock, TX 79401-4002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder | Lubbock Country Club |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Texas Tech University - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Education Finance (ACS Education Services) | Parent Plus Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Robert Jones IRA carried by First Clearing Corp., custodian (H) | | | | | | | | | |
| 2. --Money market fund - Wells Fargo Bank Deposit Program | A | Interest | L | T | | | | | |
| 3. --First Trust Sabrient Bakers Dozen (Investment Trust) | | None | | | Redeemed | 09/16/16 | K | | |
| 4. --American Funds Balanced Fund | | | L | T | Buy | 12/29/16 | L | | |
| 5. Texas Teacher Retirement System (Texas Tech University) | B | Interest | M | T | | | | | |
| 6. Wells Fargo Market Rate Savings Account | A | Interest | M | T | | | | | |
| 7. Wells Fargo Market Rate Plus Savings Account | A | Interest | K | T | | | | | |
| 8. Wells Fargo Advantage Plus Checking Account | A | Interest | J | T | | | | | |
| 9. Wells Fargo IRA (Retirement Savings Certificates) | A | Interest | J | T | | | | | |
| 10. Estate (H) | | | | | | | | | |
| 11. -Prudential Alliance Acct (savings account) | A | Interest | K | T | | | | | |
| 12. -LPL Financial (Beneficiary) IRA | | | | | | | | | |
| 13. --Deposit Cash Account - Bank of the Ozarks | A | Interest | J | T | | | | | |
| 14. --Mutual Funds | | | | | | | | | |
| 15. -- Aberdeen Global High Income | A | Dividend | | | Sold | 02/02/16 | J | | |
| 16. -- Blackrock High Yield Bond | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 17. -- American Century Equity | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Blackrock Global | A | Dividend | J | T | | | | | |
| 19. -- Calamos Market Neutral | A | Dividend | J | T | | | | | |
| 20. -- Ishares U.S. Pfd. Stock | A | Dividend | J | T | | | | | |
| 21. -- Oakmark Equity & Income | A | Dividend | J | T | | | | | |
| 22. -- Pimco All Asset | A | Dividend | | | Sold | 05/04/16 | J | | |
| 23. -- Pimco Total Return | A | Dividend | | | Sold | 04/28/16 | J | | |
| 24. -- Pimco Income | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 25. -- Ridgeworth Seix Income | A | Dividend | J | T | | | | | |
| 26. -- Templeton Global Bond | A | Dividend | J | T | Sold (part) | 06/03/16 | J | | |
| 27. -LPL Financial Account (H) | | | | | | | | | |
| 28. --JP Morgan Muni Money Market | A | Interest | J | T | | | | | |
| 29. --Equities | | | | | | | | | |
| 30. -- AT&T, Inc. | A | Dividend | J | T | | | | | |
| 31. -- Chevron Corp. | A | Dividend | J | T | Buy | 01/21/16 | J | | |
| 32. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 33. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 34. | | | | | Buy (add'l) | 09/12/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 36. -- Spectra Energy Corp. (merged with Embridge, Inc.) | A | Dividend | J | T | Buy | 01/21/16 | J | | |
| 37. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 38. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 39. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 40. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 41. -- Ventas, Inc. | A | Dividend | J | T | Buy | 01/21/16 | J | | |
| 42. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 43. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 44. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 45. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 46. --Goldman Sachs Group, Inc. (corporate bonds) | A | Interest | J | T | | | | | |
| 47. --Mutual Funds | | | | | | | | | |
| 48. -- Aberdeen Global High Income | A | Dividend | | | Sold | 03/02/16 | J | | |
| 49. -- Western Asset Mutual Fund | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 50. -- AMCAP | A | Dividend | J | T | | | | | |
| 51. -- American Century Equity Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Artisan Small Cap | A | Dividend | | | Sold | 04/26/16 | J | | |
| 53. -- Blackrock Global Investor | A | Dividend | J | T | | | | | |
| 54. -- Calamos Market Neutral | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 55. -- Capital Income Builder | A | Dividend | J | T | | | | | |
| 56. -- Franklin High Yield | A | Dividend | J | T | Sold (part) | 06/08/16 | J | | |
| 57. | | | | | Sold (part) | 07/08/16 | J | | |
| 58. | | | | | Sold (part) | 08/08/16 | J | | |
| 59. | | | | | Sold (part) | 09/08/16 | J | | |
| 60. -- Pimco All Asset | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 61. -- Thornburg Strategic Income | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 62. | | | | | Sold (part) | 03/02/16 | J | | |
| 63. | | | | | Sold (part) | 06/23/16 | J | | |
| 64. -- Thornburg Strategic Mun. Income | A | Dividend | J | T | Buy | 06/23/16 | J | | |
| 65. -Plains Capital Bank Account | A | Interest | K | T | | | | | |
| 66. -Wells Fargo Account | A | Interest | L | T | | | | | |
| 67. -Rent House #1 Lubbock, TX (1/2 interest) ($104,000-100% int.) | C | Rent | L | S | | | | | |
| 68. -Rent House #2 Lubbock, TX (1/2 interest) ($80,000-100% int.) | C | Rent | L | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Income stated for the Robert Jones IRA was reinvested and thus not realized.

The money market fund-Wells Fargo Bank Deposit Program (line 2 in Section VII.) was closed out in 2016, but I don't have the date for this---the date is not reflected in my records. All funds in the Robert Jones IRA were, as of December 29, 2016, invested in the American Funds Balanced Fund (item 4).

I overstated the estate's holdings in 2015: Chevron Corp. (line 31), Spectra Energy Corp. (line 36), and Ventas, Inc. (line 41) were first acquired in 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert L. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544